LUCY B. KEYES ET AL., RESPONDENTS, v. JESSE KIMMEL, APPELLANT.

Submitted February 12, 1932—Decided May 16, 1932.

For the respondents, *Spindel & Berr.*

For the appellant, *Kimmel & Kimmel.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, PARKER, CAMPBELL, LLOYD, BODINE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, KERNEY, JJ.   12.

*For reversal*—None.